NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PFS PROPERTIES, LLC,                    )
                                        )
          Appellant,                    )
                                        )
v.                                      )        Case No.  2D17-437
                                        )
WELLS FARGO BANK, N.A., KRISTINA        )
M. WITTLIFF, and DOUG W. KADERLY,       )
                                        )
          Appellees.                    )
_____)

Opinion filed April 25, 2018.

Appeal from the Circuit Court for Pinellas
County; Marion L. Fleming, Senior Judge.

Michael P. Fuino of Weidner Law, P.A.,
St. Petersburg, for Appellant.

Kimberly S. Mello and Joseph H. Picone
of Greenberg Traurig, P.A., Tampa; and
Michele L. Stocker of Greenberg Traurig,
P.A., Ft. Lauderdale, for Appellee Wells
Fargo Bank, N.A.

No appearance for Appellee Kristina M.
Wittliff.

No appearance for Appellee Doug W.
Kaderly.


PER CURIAM.

Affirmed.

KELLY, SLEET, and BADALAMENTI, JJ., Concur.